## DECLARATION OF MAUREEN RIDLEY

I, Maureen Ridley, declare as follows:

1.   I am the defendant in Court Case No. CR 93-583, and make this declaration in support of the Petition for Writ of Error Coram Nobis.  I have personal knowledge of the facts stated herein and if called upon as a witness, I could and would competently testify as to such facts.

2.   On May 15, 2000, on advice of my then counsel, Terrence Roden (now deceased), I entered a plea of guilty to three counts of perjury in violation of 18 U.S.C 1623.  The court sentenced me to two months imprisonment, three years supervised release and imposed a fine of $150.00.

3.   Prior to the plea, I asked my attorney what immigration consequences my plea may have, his response was simply that I had nothing to worry about.  He assured me that I did not face any adverse immigration consequences and that I would not be excluded from the United States.

4.   On February 28, 2012, I was stopped by Customs and Border Protection ("CBP") at the Los Angeles International Airport when I returned from one of my trips.  CBP confiscated my passport and lawful permanent resident card, Form I-551. On November 15, 2012, I was charged pursuant to 212(a)(2)(A)(i)(I) as an alien who is convicted of a crime involving moral turpitude.

5.   It is now my understanding from speaking with my immigration attorney that my plea was to a crime involving moral turpitude, which classifies me inadmissible to the United States and renders me ineligible for immigration relief.  Had I known of the immigration consequences of my plea, I would not have pled guilty.  Instead I would have asked my attorney to re-negotiate the plea or I would have elected to go to trial.  I would not

gourjianlawgroup

1   agree to a plea that would forever remove me from the United States and strip me away from

2   my family and loved ones.  I would have fought the charges.

3        I declare under penalty of perjury pursuant to the laws of the State of California that

4   the foregoing is true and correct.

5        Dated this 15th day of May 2013 at Glendale, California.

6

7

8                                 Maureen Ridley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

gourjianlawgroup