EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 93-583 RMT                                    Date: May 15, 2000

===================================================================

PRESENT:  HONORABLE ROBERT M. TAKASUGI, US DISTRICT JUDGE

    Victor P. Cruz          Donna Fitz Simons      Larry Cho
    Deputy Clerk            Court Reporter         Asst. U. S. Attorney
INTERPRETER: _____

===================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

1) Maureen Chan_____    1) Terrence Roddin_____
XX pres _____custody XX bond      XX pres _____apptd  XX retnd
       _____              _____

2_____     2) _____
____ pres _____custody _bond      __pres _____apptd ___retnd
                                   _____

3) _____    3) _____
____ pres _____custody ___bond           _____pres _____apptd _____retnd

4) _____    4) _____
____ pres _____custody ___bond           _____pres _____apptd _____retnd

PROCEEDINGS: SENTENCING

Hearing held.  Counsel argue.  The Court sentences the defendant as follows:
(see the attached copy of the judgment and commitment order)

MINUTES FORM 6
CRIM - GEN                                    Initials of Deputy Clerk vc___

# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs

Defendant __Maureen Chan____

Residence __1422 San Ysidro Drive__
      __Beverly Hills, CA 900210__

CR _93-583 RMT_

Social Security # _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_

--------------------------------------------------------------------

## JUDGMENT AND PROBATION/COMMITMENT ORDER

--------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on : **May 15, 2000**

**COUNSEL:**

_____ WITHOUT COUNSEL
        However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
__XX__ WITH COUNSEL _Terrence Roden, retained._

**PLEA:**

__XX__ GUILTY, and the Court being satisfied that there is a factual basis for the plea.
_____ NOLO CONTENDERE          _____ NOT GUILTY

**FINDING:**

There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of:
18 USC 1623: Perjury as charged in counts 4, 5 and 6 of the Indictment.

## JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of : _two (2) months._

(CONTINUED ON PAGE TWO)
In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.
_____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by:  District Judge _____

ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk     CONTINUED ON PAGE TWO

Dated/Filed __MAY 15 2000_____

By _____, Deputy Clerk
Victor Paul Cruz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA vs.
Defendant: Maureen Chan

CR 93-583 RMT
Date: May 15, 2000

------------------------------------------------

## JUDGMENT AND PROBATION/COMMITMENT ORDER

------------------------------------------------

CONTINUED FROM PAGE 1

IT IS THE JUDGMENT of the Court that the defendant, Maureen Chan, is hereby committed on counts four, five and six of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of two months under the following terms and conditions:

The defendant shall pay to the United States a special assessment of $150.00, which is due immediately.

Upon release from imprisonment the defendant shall be placed on supervised release for a term of 3 years. This term consists of three years on each of Counts 4, 5 and 6, all such terms to run concurrently, under the following terms and conditions.

1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2) The defendant shall participate for a period of four months in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $4.60 for each day of participation in the electronic monitoring program. The defendant shall provide payment and proof of payment as directed by the Probation Officer.

3) The defendant shall notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Signed by:          District Judge _____

ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed ___MAY 15 2000___

By_____ Deputy Clerk
Victor P. Cruz

EXHIBIT B



*Her Britannic Majesty's*
*Secretary of State*
*Requests and requires in the*
*Name of Her Majesty*
*all those whom it may concern to allow*
*the bearer to pass freely without let or hindrance,*
*and to afford the bearer such assistance*
*and protection as may be necessary.*

## European Union

Unión Europea – Den Europæiske Union
Europäische Union – Ευρωπαϊκή Ένωση
Union européenne – Aontais Eárpaigh
Unione europea
Europese Unie – União Europeia
Euroopan unioni – Europeiska unionen

## United Kingdom of Great Britain and Northern Ireland

Reino Unido de Gran Bretaña e Irlanda del Norte
Det Forenede Kongerige Storbritannien og Nordirland
Vereinigtes Königreich Grossbritannien und Nordirland
Ηνωμένο Βασίλειο της Μεγάλης Βρεταννίας και Βορείου Ιρλανδίας
Royaume-Uni de Grande-Bretagne et d'Irlande du Nord
Ríocht Aontaithe na Breataine Móire agus Thuaisceart Éireann
Regno Unito di Gran Bretagna e Irlanda del Nord
Verenigd Koninkrijk van Groot-Brittannië en Noord-Ierland
Reino Unido da Grã-Bretanha e da Irlanda do Norte
Ison-Britannian ja Pohjois-Irlannin yhdistynyt kuningaskunta
Förenade Kungariket Storbritannien och Nordirland

# PASSPORT

Passaporte – Pas – Reisepaß – Διαβατήριο
Passeport – Pas – Passaporto – Passport
Passaporte – Passi – Pass

## 704475308

NOTES   Observaciones - Bemærkninger - Hinweise - Σημειώσεις - Avis - Notal
Avviso - Opmerkingen - Anotações - Lisämerkintöjä - Anmärkningar

**1 Validity** A passport is valid for ten years unless otherwise stated. If issued to
a child under sixteen it is normally valid for five years. A passport which has
expired or has no further space for visas must be replaced by a new one.

**2 Citizenship and National Status** British citizens have the right of abode in
the United Kingdom. No right of abode in the United Kingdom derives from
the status, as British nationals, of British Dependent Territories citizens, British
Nationals (Overseas), British Overseas citizens, British protected persons and
British subjects.

**3 Immigration and Visa Requirements** The possession of a passport does not
exempt the holder from compliance with any immigration regulations in force
in any territory or from the necessity of obtaining a visa or permit where
required. It should be noted in this connection that the majority of British
territories overseas have immigration restrictions applicable to British nationals
as well as aliens.

**4 Registration Overseas** British nationals resident overseas who are entitled to
the protection of the United Kingdom authorities should contact the nearest
British High Commission, Embassy or Consulate to enquire about any
arrangements for registration of their names and addresses. Failure to do so
may in an emergency result in difficulty or delay in according them assistance
and protection.

**5 Dual Nationality** British nationals who are also nationals of another country
cannot be protected by Her Majesty's Representatives against the authorities
of that country. If, under the law of that country, they are liable for any obligation
(such as military service), the fact that they are British nationals does not exempt
them from it. A person having some connection with a Commonwealth or
foreign country (eg by birth, by descent through either parent, by marriage or
by residence) may be a national of that country, in addition to being a British
national. Acquisition of British nationality or citizenship by a foreigner does not
necessarily cause the loss of nationality of origin.

**6 Caution** This passport remains the property of Her Majesty's Government in
the United Kingdom and may be withdrawn at any time. It should not be
tampered with or passed to an unauthorised person. Any case of loss or
destruction should be immediately reported to the local police and to the nearest
British passport issuing authority (eg Office of the United Kingdom Passport
Agency; British Consulate; British Embassy or British High Commission); only
after exhaustive enquiries can a replacement be issued in such circumstances.
The passport of a deceased person should be submitted for cancellation to the
nearest such passport authority; it will be returned on request.

2

**1** Surname/ Apellidos/ Efternavn/ Name/ Επώνυμο/ Nom/ Sloinne/
Cognome/ Naam/ Apelidos/ Sukunimi/ Efternamn

**2** Given names/ Nombre/ Fornavne/ Vornamen/ Ονομα/ Prénoms/
Réamhainm (neacha)/ Nome/ Voornaam/ Nomes próprios/ Etunimet/
Förnamn

**3** Nationality/ Nacionalidad/ Nationalitet/ Staatsangehörigkeit/
Ιθαγένεια/ Nationalité/ Náisiúntacht/ Cittadinanza/ Nationaliteit/
Nacionalidade/ Kansalaisuus/ Nationalitet

**4** Date of birth/ Fecha de nacimiento/ Fødselsdato/ Geburtsdatum/
Ημερομηνία γεννήσεως/ Date de naissance/ Dáta breithe/
Data di nascita/ Geboortedatum/ Data de nascimento/ Syntymäaika/
Födelsedatum

**5** Sex/ Sexo/ Køn/ Geschlecht/ Φύλο/ Sexe/ Gnéas/ Sesso/ Geslacht/
Sexo/ Sukupuoli/ Kön

**6** Place of birth/ Lugar de nacimiento/ Fødested/ Geburtsort/ Τόπος
γεννήσεως/ Lieu de naissance/ Áit bhreithe/ Luogo di nascita/
Geboorteplaats/ Local de nascimento/ Syntymäpaikka/ Födelseort

**7** Date of issue/ Fecha de expedición/ Udstedelsesdato/
Ausstellungsdatum/ Ημερομηνία εκδόσεως/ Date de délivrance/
Dáta eisiúna/ Data di rilascio/ Datum van afgifte/ Data de emissão/
Myöntetty/ Utfärdat den

**8** Authority/ Autoridad/ Myndighed/ Behörde/ Αρχή/ Autorité/
Údarás/ Autorità/ Instantie/ Autoridade/ Viranomainen/ Myndighet

**9** Date of expiry/ Este pasaporte expira el/ Gyldigt indtil/ Gültig bis/
Λήγει στις/ Date d'expiration/ As feidhm/ Data di scadenza/
De geldigheidsduur van dit passport eindigt op/ Válido até/
Viimeinen voimassaolopäivä/ Giltigt t.o.m.

**10** Holder's signature/ Firma del titular/ Indehaverens underskrift/
Unterschrift des Passinhabers/ Υπογραφή του κατόχου/ Signature du
titulaire/ Síniú an tsealbhóra/ Firma del titolare/ Handtekening van de
houder/ Assinatura do titular/ Haltijan nimikirjoitus/ Passinnehavarens
namnteckning

**11** Observations - page/ Observaciones - página/ Bemærkninger - side/
Vermerke - Seite/ Παρατηρήσεις - σελίδα/ Observations - page/
Tagairtí - leathanach/ Osservazioni - pagina/ Opmerkingen - bladzijde/
Observações - página/ Huomautuksia/ Noteringar

3



4

5



8

9



10

11

12

13



14

15



16

17

18

19

20

21



2 0 ENE 2006 E

DISTRITO FEDERAL

DF3801AG1117

INM

MEXICO

22

23



24

25



26

27



28

29

United Kingdom of Great Britain and Northern Ireland

Passport

Passport

Type / Type   P
Code of issuing State / Code de l'État émetteur   GBR
Passport No. / Passeport No.   704475308

Surname (1)
RIDLEY

Given Names / Prénoms (2)
MAUREEN ELAINE

Nationality / Nationalité (3)
BRITISH CITIZEN

Date of birth / Date de naissance (4)   47
15 OCT /OCT

Sex / Sexe (5)   Place of birth / Lieu de naissance (6)
F                JOHANNESBURG

Date of issue / Date de délivrance (7)
24 OCT /OCT  02

Date of expiry / Date d'expiration (8)
24 OCT /OCT  12

Authority / Autorité (9)
USA

Holder's signature / Signature du titulaire (10)

P<GBRRIDLEY<<MAUREEN<ELAINE<<<<<<<<<<<<<<<<<<02
704475308GBR4710158F1210244<<<<<<<<<<<<<<<<<<

U.S. DEPARTMENT OF HOMELAND SECURITY
PAROLED
Until MAR 28, 2012
Purpose: Deferred Inspection
FEB 28 2012   LAX 0409
(Date)       (Location)       (Officer)
U.S. DEPARTMENT OF HOMELAND SECURITY
45550
A 022 347 30 285

JAN 31 2006

AUG 18 2008

EXHIBIT C

Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before when you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature of Respondent)

_____                    Date: _____
(Signature and Title of Immigration Officer)

Certificate of Service

This Notice To Appear was served on the respondent by me on **Nov 15 2012**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person ☐ by certified mail, returned receipt requested ☒ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____                    ETHEL ESPINA          CBP OFFICER
(Signature of Respondent if Personally Served)      _____
                                                    (Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

p. 1

U.S. Department of Homeland Security

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : 342333533          FIN #: 1092993822          File No: A022 347 285
                                DOB: 10/15/1947             Event No: LAX1202000232

In the Matter of:

Respondent: **Maureen Elaine RIDLEY AKA: CHAN, MAUREEN** ,

999 N DOHENY DR Apt 308 , WEST HOLLYWOOD CALIFORNIA 900693146 _____ currently residing:
_____
                (Number, street, city and ZIP code)            (310) 993-7703
                                                          (Area code and phone number)

[X] 1. You are an arriving alien.
[ ] 2. You are an alien present in the United States who has not been admitted or paroled.
[ ] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
        **See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
**Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.**

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30(f)(2) [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
606 South Olive Street, 15 Floor Los Angeles CALIFORNIA US 90014
_____
                (Complete Address of Immigration Court, Including Room Number, If any)

on __a date to be set__    at __a time to be set__ to show why you should not be removed from the United States based on the
     (Date)                    (Time)  Robert Thompson
charge(s) set forth above.   Chief CBP Officer    _Robert Thompson_
                                              (Signature and Title of Issuing Officer)
Date: 11-14-2012       LOS ANGELES, CA 90045
                                              (City and State)

                See reverse for important information

                                                          Form I-862 (Rev. 08/01/)

1

U.S. Department of Homeland Security                          Continuation Page for Form   I862

| Alien's Name | File Number | Date |
|---|---|---|
| Maureen Elaine RIDLEY | A022 347 285 | 11-14-2012 |
| | Event No: LAX1202000232 | |

THE SERVICE ALLEGES THAT YOU:
==============================

1. You are not a citizen or national of the United States;
2. You are a native of SOUTH AFRICA and a citizen of UNITED KINGDOM;
3. On or about July 24, 1973, you were accorded Lawful Permanent Resident Status of the United States.
4. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 4, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
5. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 5, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
6. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 6, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
7. For these offenses, you were imprisoned to two (2) months to the custody of the Bureau of Prison.
8. On or about February 28, 2012, you arrived at Los Angeles International Airport, Los Angeles, California and applied for admission to the United States as a Lawful Permanent Resident.

| Signature | | Title |
|---|---|---|
| *Robert Thompson* | Robert Thompson | Chief CBP Officer |

Form I-831 Continuation Page (Rev. 08/01/07)                                    3  of  3  Pages

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine the evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses and locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
*(Signature of Respondent)*

_____                                Date: _____
*(Signature and Title of Immigration Officer)*

### Certificate of Service

This Notice To Appear was served on the respondent by me on **Nov 15, 2012** in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person                    ☐ by certified mail, returned receipt requested                    ☒ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

ETI EL ESPINA                    CBP OFFICER

_____                                _____
*(Signature of Respondent if Personally Served)*                    *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form   I862

| Alien's Name | File Number | Date |
|---|---|---|
| Maureen Elaine RIDLEY | A022 347 285 | 11-14-2012 |
| | Event No: LAX1202000232 | |

THE SERVICE ALLEGES THAT YOU:

1. You are not a citizen or national of the United States;
2. You are a native of SOUTH AFRICA and a citizen of UNITED KINGDOM;
3. On or about July 24, 1973, you were accorded Lawful Permanent Resident Status of the United States.
4. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 4, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
5. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 5, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
6. On or about May 15, 2000, you were convicted in the United States District Court Central District of California, for count 6, the offense of perjury (Case number CR-93-583) in Violation of 18 USC 1623.
7. For these offenses, you were imprisoned to two (2) months to the custody of the Bureau of Prison.
8. On or about February 28, 2012, you arrived at Los Angeles International Airport, Los Angeles, California and applied for admission to the United States as a Lawful Permanent Resident.

Signature   Robert Thompson   Robert Thompson   Title   Chief CBP Officer

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EXHIBIT D

*D. unuuso*

**PERMANENT RESIDENT CARD**

NAME RIDLEY, MAUREEN E



INS A# 022-347-285

Birth Date   Category   Sex
10/15/47     P67        F

Country of Birth
South Africa

Card Exp. 08/07/14
Resident Since 07/24/73

```
C1USA0223472858WAC0480025668<<
4710158F1405071ZAF<<<<<<<<<<<4
RIDLEY<<MAUREEN<E<<<<<<<<<<<<<
```

EXHIBIT E



law office of
**amira al-alami**
immigration and naturalization law

April 25, 2013

Mr. Nareg Gourjian, Esq.
Gourjian Law Group
101 N. Brand Blvd., Ste. 1220
Glendale, CA 91203

> Reference: Immigration Consequences of Maureen Ridley's Federal Perjury Conviction
> Alien Number: 022-347-285
> Case Number: CR-93-583

Dear Mr. Gourjian:

Pursuant to your request, I am writing to inform you of the adverse immigration consequences that resulted from my client's guilty plea to three counts of perjury in violation of 18 U.S.C. 1623. As you are aware, Mrs. Ridley has been a lawful permanent resident of the United States since July 24, 1973.

For this conviction, Mrs. Ridley received a sentence of two months imprisonment, three years supervised release, and a fine of $150. Mrs. Ridley pled guilty to these charges based on the erroneous advice of her criminal defense attorney, Terrence Roden, who is deceased. Mrs. Ridley believed that by pleading guilty to the aforementioned charges, her status as a lawful permanent resident would not be affected. Unfortunately, this assumption was incorrect. Although Mrs. Ridley is not deportable based on her conviction, she is inadmissible to the United States for having committed a crime of moral turpitude.

A noncitizen is <u>inadmissible</u> who is convicted of just one crime involving moral turpitude, whether before or after admission. There are only two exceptions to the rule, neither of which apply to the case at bar.

***Petty offense exception.*** If a noncitizen (a) has committed only one moral turpitude offense ever, (b) the offense carries a potential sentence of a year or less, and (c) the "sentence imposed" was less than six months, the person is automatically *not* inadmissible under the CIMT ground.

***Youthful offender exception.*** This comes up more rarely, but can be useful for young adults. A disposition in juvenile delinquency proceedings is not a conviction and has no relevance to moral turpitude determinations. But persons who were convicted as adults for acts

they committed while under the age of 18 can benefit from the youthful offender exception. A noncitizen who committed only one CIMT ever, and while under the age of 18, ceases to be inadmissible as soon as five years have passed since the conviction or the release from resulting imprisonment.

Despite traveling for years outside of the United States after her conviction, Mrs. Ridley was finally sent to secondary inspection with Customs and Border Protection (CBP) at the Los Angeles International Airport (LAX) on February 28, 2012. CBP confiscated Mrs. Ridley's passport and lawful permanent resident card, Form I-551, on that occasion and requested she appear at another interview at CBP's secondary inspection office at the Los Angeles Federal Building. These appointments happened on a repeated basis for months until a Notice to Appear was finally issued placing Mrs. Ridley into removal proceedings under section 240 of the Immigration and Nationality Act (INA). She is charged pursuant to section 212(a)(2)(A)(i)(I) of the INA as an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

Mrs. Ridley's first hearing at the Los Angeles Immigration Court will be held on May 16, 2013.

I anticipate that this information will serve as an explanation of how Maureen Ridley's immigration status as a lawful permanent resident is threatened by her criminal conviction.

Should you have any questions or concerns, feel free to contact me at your earliest convenience.

Best regards,

Amira Al-Alami, Esq.