UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 93-00583-RGK | Date | July 9, 2013 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Sharon L. Williams | Not Reported | Diana Pauli, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret |
|---|---|---|---|---|---|---|---|
| MAUREEN CHAN (RIDLEY), PETITIONER | N | | | Nareg Gourjian | N | | X |

**Proceedings:**    **(IN CHAMBERS) PETITION FOR WRIT OF ERROR CORAM NOBIS**

The Court having received the Petition for Writ of Error Coram Nobis, filed on May 15, 2013 (DE 43) hereby ORDERS the government to respond to said motion no later than **July 26, 2013**.

The Court FURTHER ORDERS petitioner's reply to be filed and served no later than **August 7, 2013**. The matter will be deemed submitted, and the clerk will notify the parties when the Court has reached a decision.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | slw | |

cc:    USPO